# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KIMBERLY A WOOD, <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> Defendant. | CASE NO. C20-512 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has received and reviewed Plaintiff's Motion for Reconsideration. (Dkt. No. 59.) The Court hereby GRANTS LEAVE to Defendant to file a response by no later than May 26, 2021. Given the overlength nature of Plaintiff's Motion, Defendant shall be permitted a response of no more than 10 pages. Unless the Court orders otherwise, Plaintiff shall not file a reply.

\\

1     The clerk is ordered to provide copies of this order to all counsel.

2     Filed May 19, 2021.

                                       William M. McCool
                                       Clerk of Court

                                       s/Paula McNabb
                                       Deputy Clerk